UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRATEFUL PROPERTIES II, LLC a/k/a
FLORIDA CENTER FOR ORTHOPAEDICS,

    Plaintiff,

vs.                                                                                   Case No. _____

WEST AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant West American Insurance Company, by and through undersigned counsel, pursuant to 28 U.S.C. sections 1332 and 1441, removes an action pending in the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Orange County, styled Grateful Properties II, LLC a/k/a/ Florida Center for Orthopaedics v. West American Insurance Company, Case No. 2020-CA-012646-O, where Grateful Properties II, LLC a/k/a/ Florida Center for Orthopaedics ("Grateful") sued West American Insurance Company ("West American"), and states:

## TIMELY NOTICE OF REMOVAL

1. Grateful sued West American in Orange County Circuit Court for breach of contract arising from an alleged loss to the insured property.

2. On January 6, 2021, the State of Florida Department of Financial Services served West American with the Complaint by electronic delivery to Lynette Coleman, the designated agent for West American.[1]

---

[1] Exhibit A, Summons and Complaint.

3. This Notice of Removal is filed timely within thirty (30) days of West American's receipt through service of a copy of the initial pleading setting forth a claim for relief, pursuant to 28 U.S.C. section 1446(b).

## VENUE

4. Venue is proper in the United States District Court for the Middle District of Florida, Orlando Division, because the state court action originated in Orange County, Florida.[2]

## JURISDICTION

5. This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction, pursuant to 28 U.S.C. section 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs. West American is entitled to remove this action, pursuant to 28 U.S.C. section 1441.

## COMPLETE DIVERSITY EXISTS

6. At the time of the lawsuit and the filing of this Notice of Removal, there was, and still is, complete diversity between Grateful (a citizen of Florida and Alaska) and West American (not a citizen of Florida or Alaska).

7. West American is not a citizen of Florida or Alaska. It is not incorporated under the laws of Florida or Alaska and does not have its principal place of business in Florida or Alaska. West American is a corporation organized under the laws of Indiana, and its principal place of business is in Boston, Massachusetts. West American is a citizen of Indiana and Massachusetts for purposes of determining diversity under 28 U.S.C. section 1332(c)(1).

---

[2] *See* Local Rule 1.02(b)(3); 4.02(a).

8. Grateful is a citizen of Florida and Alaska. Grateful is a Florida Limited Liability Company organized under the laws of Florida. The Articles of Organization list its principal place of business in Windermere, Florida. But Grateful's current principal place of business is in Ocoee, Florida. The Articles of Organization list Colleen Smith and Colin Smith as managing members. Grateful's Annual Report from 2020 lists Colin Smith as a managing member with an address in Windermere, Florida, and Estimated Profit Management, LLC as an authorized member with an address in Anchorage, Alaska. Grateful's Annual Report from 2021 lists Colin Smith as a managing member with an address in Windermere, Florida, Adriana Smith as a manager with an address in Orlando, Florida, and Estimated Profit Management, LLC as an authorized member with an address in Anchorage, Alaska. Estimated Profit Management, LLC is an Alaska Limited Liability Company organized under the laws of Alaska. The current principal place of business for Estimated Profit Management, LLC is in Fairbanks, Alaska. The Annual Report from 2020 for Estimated Profit Management, LLC lists Richard Smith and Colin Smith as members with addresses in Florida, and the Annual Report from 2021 lists Richard Smith and Adriana Smith as members with addresses in Florida. Colleen Smith is a Florida citizen. Colin Smith is a Florida citizen. Richard Smith is a Florida citizen. Adriana Smith is a Florida citizen. All members of Grateful are citizens of Florida and Alaska. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004) (holding that a limited liability company is a citizen of any state of which a member of the company is a citizen). Grateful is a citizen of Florida and Alaska for purposes of diversity jurisdiction.[3]

---

[3] Exhibit B, Articles of Organization and Annual Reports. These filings and reports are official state documents from the Florida Department of State, Division of Corporations.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

9. West American issued an insurance policy ("Policy") to Grateful.[4]

10. Grateful presented a claim to West American for an alleged loss to the insured property.

11. The Policy has a 5 percent windstorm or hail percentage deductible that applies to the claim.[5]

12. Grateful claims property damages related to the alleged loss in the amount of $353,123.54.[6]

13. West American has not paid Grateful anything for the claim.

14. The amount in controversy between Grateful and West American exceeds the $75,000 amount in controversy requirement for diversity jurisdiction, exclusive of interest and costs.

15. The amount in controversy for indemnity insurance benefits for the claim is $279,409.54.[7]

## COMPLIANCE WITH 28 U.S.C. § 1446

16. West American files copies of all process, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. section 1446, and the Local Rules of this Court.[8]

17. Pursuant to 28 U.S.C. section 1446(d), West American provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal

---

[4] Exhibit C.
[5] *Id.* at PDF pg. 7 of 187.
[6] Exhibit D.
[7] This amount is calculated based on Grateful's claim for $353,123.54 minus the Policy's $73,714 windstorm or hail percentage deductible.
[8] *See* Local Rule 4.02(b).

and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Attached to this Notice of Removal is a copy of all process, pleadings, and orders served upon West American, as required by 28 U.S.C. section 1446(a).[9]

WHEREFORE, Defendant West American Insurance Company respectfully requests that this Court exercise jurisdiction over this matter.

                                              BUTLER WEIHMULLER KATZ CRAIG LLP

                                              /s Hudson Jones_____
                                              J. PABLO CACERES, ESQ.
                                              Florida Bar No.:  131229
                                              pcaceres@butler.legal
                                              PAUL HUDSON JONES ll, ESQ.
                                              Florida Bar No.:  44290
                                              hjones@butler.legal
                                              400 N. Ashley Drive, Suite 2300
                                              Tampa, Florida  33602
                                              Telephone:   (813) 281-1900
                                              Facsimile:    (813) 281-0900
                                              Attorneys for Defendant West American Insurance Company

---

[9] Exhibit A.

## **CERTIFICATE OF SERVICE**

I certify that copy of the Notice of Removal has been served on:

Grant W. Krapf, Esq.
Krapf Legal, P.A.
2790 Sunset Point Road
Clearwater, FL  33759
assist@krapflegal.com
Attorneys For Plaintiff

by Electronic Service on January 26, 2020

                                                ____/s Hudson Jones_____
                                                PAUL HUDSON JONES II, ESQ.